Date of Arrest: **06/20**

# United States District Court
## DISTRICT OF ARIZONA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>Vs.<br>Victor Fernando SEPULVEDA-Chaparro<br>AKA: Hector Fernando SEPULVEDA-Chaparro<br>206102830<br>YOB: 1995<br>Citizen of: Mexico<br>Defendant | Magistrate Case No. 21-1284 MJ<br><br>COMPLAINT FOR VIOLATION OF<br><br>Title 8, United States Code, Section 1326(a), enhanced by (b)(1) (Re-Entry After Removal), Felony |

The undersigned complainant being duly sworn states:

### COUNT 1

That on or about June 20, 2021 Defendant Victor Fernando SEPULVEDA-Chaparro, an alien, was found in the United States at or near Tacna, Arizona, within the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States to Mexico through the port of Nogales, Arizona, on or about October 02, 2018. The Secretary of the Department of Homeland Security not theretofore having consented to any reapplication by the Defendant for admission into the United States, in violation of Title 8, United States Code, Section 1326(a), enhanced by (b)(1) (Felony).

And the complainant further states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

Reviewed by AUSA John Ballos
SAD for JAB

_____
Signature of Complainant
Monica Cruz
Border Patrol Agent

Sworn to before me and subscribed telephonically,

__June 21, 2021__ at __Yuma, Arizona__
Date                    City and State

James F. Metcalf, United States Magistrate Judge
Name & Title of Judicial Officer            Signature of Judicial Officer

- 1 -

UNITED STATES OF AMERICA,

Vs.

Victor Fernando SEPULVEDA-Chaparro
AKA: Hector Fernando SEPULVEDA-Chaparro
206102830

## STATEMENT OF FACTUAL BASIS

The complainant states that this complaint is based upon the statements of the apprehending officers, that the Defendant was found and arrested on or about June 20, 2021, near Tacna, Arizona. Questioning of the Defendant by agents revealed that the Defendant is a citizen of Mexico and not in possession of valid documents allowing him to enter or remain in the United States.

By questioning the Defendant and through record checks, agents determined the Defendant was first ordered removed at or near Nogales, Arizona on or about February 09, 2014. The Defendant has been removed on three previous occasions. The Defendant was most recently removed on or about October 02, 2018, through the port of Nogales, Arizona, subsequent to a conviction in an United States District Court, District of Arizona on or about October 01, 2018, for the crime of Re-entry of Removed Aliens, a felony.

Agents determined that on or about June 18, 2021, the Defendant re-entered the United States without the Secretary of the Department of Homeland Security having consented to reapplication by the Defendant for admission into the United States.

To the best of my knowledge and belief, the following is a list of Border Patrol law enforcement personnel present during interviews, statements and questioning of the Defendant in this matter from initial contact through the writing of this document: BPAs Ivan Beltran and Jovan Teran.

To the best of my knowledge and belief, the following is a list of all Border Patrol law enforcement personnel not already mentioned above who were present and/or took part in other parts of this investigation (e.g., arrest, search, proactive investigation, surveillance, etc) from initial field contact through the writing of this document: BPA Guillermo Canchola.

_____
Signature of Complainant

Sworn to before me and subscribed telephonically,

_____June 21, 2021_____
Date

_____
Signature of Judicial Officer